

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-19-00432-CR

Donald **BRASSFIELD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1733-CR-A
Honorable William Old, Judge Presiding

# O R D E R

In this appeal, Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to file a pro se brief. Thereafter, the State waived its right to file a response to the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, an indigent inmate, requested a copy of the appellate record, which this court sent. *See* Tex. R. App. P. 20.2. We set Appellant's brief due on May 4, 2020.

Before the extended due date, Appellant requested a 180-day extension to file his brief. He asserts his unit is in lockdown because of the COVID-19 response, and he is unable to access the law library to prepare his pro se brief.

Appellant's motion is GRANTED IN PART. Appellant's brief is due on July 6, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court